United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| David McGlynn, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-24261-Civ-Scola |
| | ) | |
| Miami Diario LLC, Defendant. | ) | |
| | ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This cause comes before the Court on the Plaintiff David McGlynn's third motion for default judgment against the Defendant Miami Diario LLC ("Miami Diario"). (Pl.'s Mot., ECF No. 44.) United States Magistrate Judge Jonathan Goodman denied without prejudice Plaintiff's first and second motions for default judgment due to the Plaintiff's failure to show strict compliance with Florida law. (ECF No. 47) (citing ECF Nos. 25, 36.) Specifically, Judge Goodman could not conclude that service of process had been effectuated on Miami Diario. (ECF No. 36.)

The Plaintiff filed new proofs of service, obtained a new Clerk's default, and filed the third motion for default judgment. (ECF Nos. 39-42, 44.) The third motion for default judgment was referred to Judge Goodman for a report and recommendations. (Court's Ref., ECF No. 46.) Judge Goodman concluded that the Plaintiff has cured the service defect and recommends granting in part Plaintiff's motion. (ECF No. 47.) The Plaintiff requested $12,000 in statutory damages, $3,300 in attorney's fees, and $580.75 in costs. Judge Goodman recommends awarding Plaintiff $12,000 in statutory damages, $3,100 in attorney's fees, and $580.75 in costs, plus post-judgment interest. (*Id.*) Judge Goodman recommends denying Plaintiff's request for $200 in paralegal work. (*Id.*) Neither party filed objections.

A district court judge must conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *See id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court **affirms and adopts** Judge

Goodman's report and recommendations. (**ECF No. 47**.) The Court **grants in part** Plaintiff's third motion for default judgment, awarding the Plaintiff $12,000 in statutory damages, $3,100 in attorney's fees, and $580.75 in costs, plus post-judgment interest. (**ECF No. 44**.) The Court **denies** Plaintiff's request for $200 in attorney's fees for paralegal work. (*Id.*) The Court directs the Clerk to **close** this case. All pending motions, if any, are denied as moot.

Therefore, the Court being otherwise fully advised, it is hereby **ordered** and **adjudged** that **final** judgment is entered in favor of Plaintiff David McGlynn and against Defendant Miami Diario LLC. The Court orders the Defendant to pay the Plaintiff $12,000 in statutory damages, $3,100 in attorney's fees, and $580.75 in costs, plus post-judgment interest.

**Done and ordered** in Miami, Florida, on April 30, 2024.

_____
Robert N. Scola, Jr.
United States District Judge